IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA
FIFTH DIVISION

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
v. ) CASE NO. 01CV2259PAM/RLE
)
WILSON A. THOMPSON; DOROTHY L. THOMPSON )
also known as DOROTHY L. MICHAELIS; ST. LOUIS )
COUNTY AUDITOR; and the STATE OF MINNESOTA, )
)
Defendants. )

**PETITION FOR ADMISSION PRO HAC VICE
FOR U.S. GOVERNMENT ATTORNEY**

**Affidavit of Proposed Admittee**

I, LaQuita Taylor-Phillips, am currently a member in good standing of the bar of the State of Maryland. I have also been admitted to practice before the United States District Court for the District of Maryland and the United States Court of Appeals for the Fourth Circuit, but am not admitted to the bar of this court. I will be representing the United States of America in the action listed below:

Case Title: United States v. Wilson A. Thompson, et al.
Case Number: 01CV2259 PAM/RLE

January 8, 2002.

LaQuita Taylor-Phillips
LAQUITA TAYLOR-PHILLIPS
Trial Attorney
Department of Justice
Tax Division
Civil Trial Section, Central Region
P.O. Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-7945
Facsimile: (202) 514-6770

JAN 14 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**Affidavit/Certification**

I hereby certify that the affiant listed herein is employed as a trial attorney with the Tax Division, United States Department of Justice.

January 8, 2002.

ROBERT S. WATKINS
Chief, Central Region
Civil Trial Section, Tax Division
United States Department of Justice

Motion granted: ______________________
FOR THE COURT: Francis E. Dosal, Clerk

JAN 14 2002
Date