UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

United States of America,

Plaintiff,

vs. MINUTE ORDER

Wilson A. Thompson; Dorothy L. Thompson, a/k/a Dorothy L. Michaelis; St. Louis County Auditor; and the State of Minnesota,

Defendants. Civ. No. 01-2259 (PAM/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 25th day of October, 2002.

* * *

On October 10, 2002, the Court heard argument on the Government's Motion to Compel Answers to the Government's First Set of Interrogatories, and Responses to First Request for Production of Documents, which were served upon Defendants Wilson A. Thompson, and Dorothy L. Thompson ("Thompsons"). At the time of the Hearing, the Government appeared by LaQuita Taylor-Phillips, Esq.; the Thompsons appeared by Thomas M. Regan, Esq.; the St. Louis Auditor appeared by Barbara A. Russ, Esq.; and the State of Minnesota appeared by Catherine M. Keane, Esq. For reasons which follow, we grant the Motion to Compel.

3

OCT 25 2002
mb

This action commenced on December 7, 2001, and seeks to reduce to Judgment certain unpaid Federal tax assessments against the Thompsons, as well as to foreclose on Federal tax liens on their real property. A key issue in the case is whether the IRS sent Dorothy Thompson notice, and demand for payment, on the Federal tax assessments.

On July 25, 2002, the Government served upon the Thompsons its first set of Requests for Answers to Interrogatories, Production of Documents, and Admissions. The Thompsons' Responses were due on August 27, 2002, and on August 28, 2002, the Thompsons served Responses to the Requests for Admissions, but failed to respond to the requests for Answers to Interrogatories or Production of Documents. After several telephone conversations with the Thompsons' Counsel -- conversations which satisfy the "meet and confer" requisites of Local Rule D. Minn. LR37.1 -- the Government failed to obtain the requested responses. As a consequence, this Motion was filed to secure the discovery requested, including an opportunity to depose the Thompsons, and to obtain a disclosure of the Thompsons' expert witnesses.

At the Hearing on the Motion, the Thompsons did not object to the Motion, but rather, represented that the requested information was forthcoming. The Thompsons did, however, express their desire for reciprocal expert witness disclosure, if needed. Neither the

State of Minnesota, nor the County of St. Louis, objected to this disclosure request. As the Government's Motion stands unopposed, we grant the same.

Lastly, we find that the current "Ready for Trial" date of January 31, 2003, will allow sufficient time for the parties to complete the needed depositions, and any disclosures of expert opinions. Accordingly, we have no occasion to now extend either the dispositive Motion deadline, or the "Ready for Trial" date.

NOW, THEREFORE, It is --

ORDERED:

That the Government's Motion to Compel Answers to First Set of Interrogatories and Responses to First Request for Production of Documents, is GRANTED.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE