RECEIVED
05 JUN -2 AM 8:37
CLERK, U.S. DIST. COURT
DULUTH, MN

2526 E. 2nd St
Duluth, Mn. 55812
Tel 218-724-0494

May 31, 2005

Richard Sletten, Clerk of Federal Courts
Federal Court House
515 W. 1st St.
Duluth, Mn. 55802

Dear Clerk Sletten:

RE: Case 01-2259 (RLE)

I have received a letter from attorney Thomas M Regan of Minneapolis forwarding notice of the Status Conference on Thurs. June 16, 2005 at 9:30 a.m.

Mr. Regan is no longer our attorney. I will have to appear and inform the Judge what the status of this case is. My husband has Alzheimers Disease. We have no money to hire another attorney.

SCANNED
U.S. DISTRICT COURT DULUTH

(over)

Do I appear and state what is happening, or do I bring in the documentation?

My telephone # is 724-0494.

Sincerely,
Dorothy L. Thompson

Spl
Lumber ... Equipment
D. L. Michaelis
2526 E. 2nd St.
Duluth, MN 55812-1823
Box 115 ~~East Star~~ Route
~~TWO HARBORS, MINN.~~ 55616

DULUTH MN 558
PM
31 MAY
2005

37 USA

Richard Sletten, Clerk of Federal Courts
Federal Court House
515 W. 1st St.
Duluth, Mn. 55802

55802-1302