Place file of docket

2526 E. 2nd St.
Duluth, Mn - 55812
May 31, 2005

RECEIVED
05 JUN -2 PM 4:47
CLERK U.S. DIST. COURT DULUTH, MN

RECEIVED
JUN 0 2 2005

Judge Raymond L. Erickson
U.S. Magestrate Judge
515 W. 1st St.
Duluth, Mn. 55802

Dear Judge Erickson!

RE: Civ. #01-2259

I am Dorothy L. Thompson, wife of Wilson Thompson. Wilson has alzheimers disease. We do not have money for an attorney, and I have written to Mr. Regan informing him that I will be at the States conference June 16, 2005 at 9:30 A.M. Enclosed is the letter I have written to Mr. Regan, and also I have written to Clerk of courts letters. [illegible] Letters enclosed.

The 1040's are taken care of. The 940-941 are sent to Holtzville, N.Y. for offer in compromise. More information was required on the 940's for 1999-2000 and I'm sending those in either today or early tomorrow.

over

SCANNED
U.S. DISTRICT COURT DULUTH

When I come to conference, should I bring in documentation?

Sincerely,
Dorothy Thompson