2526 E 2nd St
Duluth, Mn. 55812
Tel 218-724-0495
May 31, 2005

Richard Sletten, Clerk of Federal Courts
Federal Court House
515 W. 1st St.
Duluth, Mn. 55802

Dear Clerk Sletten:

RE: Case 01-2259 (RLE)
I have received a letter from attorney Thomas M Regan of Minneapolis forwarding notice of the Status conference on Thurs. June 16, 2005 at 9:30 a.m.

Mr. Regan is no longer our attorney. I will have to appear and inform the Judge what the status of this case is. My husband has Alzheimers Disease. We have no money to hire an attorney.

Do I appear and state what is happening, or do I bring in the documentation?

My telephone # is 724-0494.

Sincerely,

Dorothy L. Thompson