2526 E. 2nd St.
Duluth, Mn. 5581
May 31, 2005

Thomas M Regan, attorney at Law
8500 Normandale Blvd.
Suite 1080
Minneapolis, Mn. 55437

Dear Mr. Regan:

RE Status conference, case #01-2259

Thank you for forwarding the Notice of Status conference. I will represent Wilson and myself. I have written to Judge Erickson and the clerk of court, Mr. Sletten to let them know I will be present.

We have taken care of the 1040's and I do not owe anything on them. I am making an offer in compromise (OIC) (new)

This is now in Hollyfield, N.Y.

Sincerely,
Dorothy Thompson