2526 E. 2nd St.
Duluth, Mn. 55812




DULUTH MN 558
PM
31 MAY
2005

Judge Raymond L. Erickson
U.S. Magistrate Judge.
515 W. 1st St.
Duluth, Mn. 55802

55802-1302

RECEIVED
JUN 0 2 2005