June 3, 2005

Clerk of U.S. District Court
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Re: *United States of America v. Wilson A. Thompson, et al.*
Case No. 01-2259 - RLE

Dear Madam/Sir:

I am writing to request that you substitute me in place of Ms. Catherine A. Keane, Assistant Attorney General, as counsel of record for Defendant State of Minnesota in the above-entitled matter. Thank you for your assistance.

Very truly yours,

s/ **Craig R. Anderson**

Craig R. Anderson
Bar Number 1764
Attorney for
Mike Hatch
Attorney General
State of Minnesota
445 Minnesota Street, Suite 900
St. Paul, MN 55101-2127
Telephone: (651) 296-3424
Fax: (651) 297-8265

AG: #1430387-v1