**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

United States of America, Case Number 01-2259 RLE

Plaintiff,

vs.

**CERTIFICATE OF SERVICE**

Wilson A. Thompson, et al.

Defendants .

I hereby certify that on June 3, 2005, caused the following document:

LETTER-SUBSTITUTION OF ATTORNEY FOR DEFENDANT STATE OF MINNESOTA

to be filed electronically with the Clerk of Court through ECF.

I certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first-class mail, postage paid, to the following non-ECF participants:

LaQuita Taylor-Phillips
US Dept of Justice
Transportation Energy & Agriculture
555 4th St. NW
Washington, DC 20001

Roylene A. Champeaux
US Attorney - Mpls
300 S 4th St Ste 600
Minneapolis, MN 55415

Dorothy L. Thompson
2526 2nd Street
Duluth, MN 55812-1823

Dated: June 3, 2005

s/ **Craig R. Anderson**

Craig R. Anderson
Bar Number 1764
Attorney for
Mike Hatch
Attorney General
State of Minnesota
445 Minnesota Street, Suite 900
St. Paul, MN 55101-2127
Telephone: (651) 296-3424
Fax: (651) 297-8265

ATTORNEYS FOR STATE OF MINNESOTA

AG: #1310882-v1