UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | Civ. No. 01-2259 (RLE) |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Wilson A. Thompson, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION AND MOTION TO WITHDRAW**

______Thomas M. Regan, attorney for Wilson A. Thompson and Dorthy L. Michaleas, moves the court as follows:

1. Pursuant to Local Rule 83.7(c), to allow Thomas M. Regan to withdraw from his representation of Wilson A. Thompson and Dorothy L. Thompson in this case.

The motion is supported by an accompanying Memorandum, Affidavit, and Court Documents.

Dated: June 3, 2005

By: /s Thomas M. Regan
Thomas M. Regan
MN Atty. Reg. No. 0129045
Thomas M. Regan, P.A.
8500 Normandale Lake Blvd., Suite 1080
Minneapolis, MN 55437
Telephone: (952) 921-2101
ATTORNEY FOR WILSON A. THOMPSON
and DOROTHY L. THOMPSON

To: Notice will be electronically mailed to:

Roylene A. Champeazux
Catherine M. Keane
LaQuita Taylor-Phillips

Notice will be delivered by other means to:

Barbara Ann Russ
St. Louis County Attorney
501 Courthouse
100 N. 5th Avenue W.
Duluth, MN 55802-1298

Craig R. Anderson
Assistant Attorney General
445 Minnesota Street, Suite 900
St. Paul, MN 55101-2127

Dorothy L. Thompson
2526 2nd Street
Duluth, MN 55812-1823

Wilson A. Thompson
2526 2nd Street
Duluth, MN 55812-1823

**NOTICE OF MOTION**

Please take notice that the undersigned will bring the above motion on for hearing before Magistrate Raymond L. Erickson by telephone, on the 16th day of June, 2005, at 9:30 a..m., to coincide with the previously scheduled Status Conference or as soon thereafter as counsel can be heard.

Dated: June 3, 2005

By: s/ Thomas M. Regan
Thomas M. Regan
MN Atty. Reg. No. 0129045
Thomas M. Regan, P.A.
8500 Normandale Lake Blvd., Suite 1080
Minneapolis, MN 55437
Telephone: (952) 921-2101
ATTORNEY FOR WILSON A. THOMPSON
and DOROTHY L. THOMPSON