IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | Civil No. 01-2259 RLE |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Wilson A. Thompson, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2005, I caused the following documents:

NOTICE OF MOTION AND MOTION TO WITHDRAW, MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW, AFFIDAVIT OF THOMAS M. REGAN and PROPOSED ORDER

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Roylene A. Champeazux
Catherine M. Keane
LaQuita Taylor-Phillips

I certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first-class mail, postage paid, to the following non-ECF participants:

Barbara Ann Russ
St. Louis County Attorney
501 Courthouse
100 N. 5th Avenue W.
Duluth, MN 55802-1298

Craig R. Anderson
Attorney for Mike Hatch
Attorney General
State of Minnesota
445 Minnesota Street, Suite 900
St. Paul, MN 55101-2127

Dorothy L. Thompson
2526 2nd Street
Duluth, MN 55812-1823

Wilson A. Thompson
2526 2nd Street
Duluth, MN 55812-1823

Dated: June 3, 2005

s/Thomas M. Regan

Thomas M. Regan (#0129045)
8500 Normandale Lake Blvd., Suite 1080
Minneapolis, MN 55437
Telephone (952) 921-2103
Fax: (952) 921-2109
Email: tom@regantaxlaw.com

Attorney for Defendants Wilson A. Thompson
and Dorothy L. Thompson