UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, Plaintiff, v. Wilson A. Thompson, et al., Defendants. | Civ. No. 01-2259 (RLE) |

**AFFIDAVIT OF THOMAS M. REGAN**

Thomas M. Regan, after swearing to tell the truth, states:

1. I am currently the attorney of record for Dorothy L. Thompson (also known as Dorothy L. Michaelis) and Wilson A. Thompson in the case of United States v. Wilson A. Thompson et. al., case number 01-cv-2259.

2. On Wednesday, June 1, 2005, I received a letter from Dorothy L. Thompson advising me that I no longer represent her or her husband in this action.

Thomas M Regan
Thomas M. Regan

Subscribed and sworn to before me this 3rd day of June, 2005.

Candace L. Sietsema
Notary Public

CANDACE LEA SIETSEMA
Notary Public-Minnesota
My Commission Expires Jan 31, 2010