UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | Civ. No. 01-2259 (RLE) |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| Wilson A. Thompson, et. al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW**

Local Rule 83.7 (c) of the United States District Court, for the District of Minnesota, provides that an attorney may be allowed to withdraw from representation of his or her clients for good cause shown. Minnesota Rules of Professional Conduct, Rule 1.16 (a) provides that an attorney shall withdraw from representation of a client if the attorney is discharged.

By a letter, dated May 31, 2005, filed with the court as Attachment # 1 to Document No. 28, Dorothy L. Thompson (also known as Dorothy L. Michaelis) advised me that she will be representing herself and her husband, Wilson A. Thompson, in this action. She further advised me that she had notified the Court of their decision.

Case document numbers 27 and 28 are copies of letters from Dorothy L. Thompson to Magistrate Raymond L. Erickson and the Clerk of Court, Richard Sletten, stating that Mr. Regan is no longer our attorney and that she will be appearing at the Status Conference on her and her husband s behalf.

Based on Dorothy L. Thompson s statements and my experience working with

Wilson and Dorothy Thompson, I consider myself to be discharged as their attorney.

Dated: June 3, 2005

By: s/ Thomas M. Regan

Thomas M. Regan
MN Atty. Reg. No. 0129045
Thomas M. Regan, P.A.
8500 Normandale Lake Blvd., Suite 1080
Minneapolis, MN 55437
Telephone: (952) 921-2101
ATTORNEY FOR WILSON A. THOMPSON
and DOROTHY L. THOMPSON