UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | LR. 7.1(c) WORD COUNT |
| Plaintiff, | ) | COMPLIANCE CERTIFICATE |
| | ) | REGARDING |
| | ) | THOMAS M. REGAN'S |
| | ) | MEMORANDUM IN |
| Wilson A. Thompson, et. al. | ) | SUPPORT OF MOTION TO |
| | ) | WITHDRAW |
| | ) | |
| | ) | Civ. No. 01-2259 (RLE) |
| Defendants. | ) | |

I, Thomas M. Regan, certify that Memorandum in Support of Motion to Withdraw complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Word Perfect Version 10, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 262 words.

Dated: June 7, 2005

By: s/ Thomas M. Regan

Thomas M. Regan
MN Atty. Reg. No. 0129045
Thomas M. Regan, P.A.
8500 Normandale Lake Blvd., Suite 1080
Minneapolis, MN 55437
Telephone: (952) 921-2101
ATTORNEY FOR WILSON A. THOMPSON
and DOROTHY L. THOMPSON