IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | Civil No. 01-2259 RLE |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Wilson A. Thompson, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2005, I caused the proposed order relating to ECF Document Number 30 to be filed with the court via email to the following judge who is hearing the motion:

Magistrate Raymond L. Erickson
raymonderickson_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be emailed as noted below, to the following:

| | |
|---|---|
| Roylene A. Champeazux | roylene.champeaux@usdoj.gov<br>carla.kohl@usdoj.gov<br>usamnecf.civil@usdoj.gov |
| LaQuita Taylor-Phillips | laquita.taylor-phillips@usdoj.gov |

Dated: June 7, 2005

s/Thomas M. Regan
Thomas M. Regan (#0129045)
8500 Normandale Lake Blvd., Suite 1080
Minneapolis, MN 55437
Telephone (952) 921-2103
Fax: (952) 921-2109
Email: tom@regantaxlaw.com

Attorney for Defendants Wilson A. Thompson and Dorothy L. Thompson