# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

United States of America
Plaintiff,
v.

Wilson A Thompson, and Dorothy L. Thompson,
St. Louis County Auditor,
State of Minnesota,

Defendant.

**COURT MINUTES**
BEFORE: Raymond L. Erickson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 01cv2259(PAM/RLE) |
| Date: | June 16, 2005 |
| Tape Number: | 05-35 continued on 05-36 |
| Time Commenced: | 9:35 a.m. |
| Time Concluded: | 9:45 a.m. |
| Time in Court: | 0 Hours & 10 Minutes |

APPEARANCES:

Plaintiff: LaQuita Taylor-Phillips for United States of America

Defendants: Thomas Regan for Wilson A Thompson, and Dorothy L. Thompson
Barbara A. Russ for St. Louis County Auditor
Craig R. Anderson for State of Minnesota

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

1. Thomas Regan's Motion to Withdraw as Counsel for Wilson A. Thompson and Dorothy L. Thompson. [Docket No. 30]

**ORDER TO BE SUBMITTED BY:** ☒ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

*PLEASE TEXT IN DETAILS HERE (INCLUDING DOC #'S AND TILES)*

Motions taken under advisement as of: June 16, 2005

☒ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/J.D. Schmid
Law clerk