UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

United States of America,

Plaintiff,

vs. MINUTE ORDER

Wilson A. Thompson; Dorothy Thompson, also known as Dorothy Michaelis; Auditor St. Louis County Auditor; and the State of Minnesota,

Defendants. Civ. No. 01-2259 (PAM/RLE)

* * * * * * * * * * * * * * * * * * *

This matter came before the undersigned United States Magistrate Judge pursuant to a general assignment, made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Motion of Thomas M. Regan ("Regan"), to Withdraw from his representation of the Defendants Wilson A. Thompson, and Dorothy Thompson. A Hearing on the Motion was conducted on June 16, 2005, in conjunction with a Status Conference, as a result of the automatic stay in the case having been lifted by the United States Bankruptcy Court for the District of Minnesota. At the time of the Hearing, Regan appeared on behalf of himself, and the Defendants Thompson;

the Plaintiff appeared by LaQuita Taylor-Phillips, Attorney for the United States Department of Justice; the Defendant St. Louis County Auditor appeared by Barbara Ann Russ, Assistant St. Louis County Attorney; the State of Minnesota appeared by Craig R. Anderson, Assistant Minnesota Attorney General; and the Defendants Thompson appeared as well.

None of the parties oppose Regan's Motion to withdraw, which is predicated primarily on his clients' election to terminate his services in this matter, and therefore, we grant Regan's Motion.

With respect to the status of this matter, the Government advises that the Defendant Thompsons have now paid their past taxes, which were the subject of this law suit, and the Government will be circulated a Stipulation for Dismissal. Counsel for the Defendants State, and County, advised that their respective clients have no claims against the Defendants Thompson, and accordingly, the dismissal by the Government will close this action.

NOW, THEREFORE, It is --

ORDERED:

That the Motion of Thomas M. Regan to Withdraw as Counsel for the Defendants Wilson A. Thompson, and Dorothy Thompson [Docket No. 30], is GRANTED.

BY THE COURT:

Dated: June 17, 2005

s/Raymond L. Erickson
Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE