IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA
FIFTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>WILSON A. THOMPSON; DOROTHY L. THOMPSON also known as DOROTHY L. MICHAELIS; ST. LOUIS COUNTY AUDITOR; and the STATE OF MINNESOTA,<br><br>Defendants. | Civ. No. 01-2259 (PAM/RLE) |

STIPULATED DISMISSAL

In accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, counsel for plaintiff United States of America and defendants St. Louis County Auditor and State of Minnesota and pro se defendants Wilson A. and Dorothy L. Thompson hereby stipulate that the above-captioned case is dismissed with prejudice. Each party shall bear its own costs.

THOMAS B. HEFFELFINGER
United States Attorney

LaQuita Taylor-Phillips

LAQUITA TAYLOR-PHILLIPS
Trial Attorney
Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-7945
Facsimile: (202) 514-6770
Attorney for the United States

SCANNED
JUL 15 2005
U.S. DISTRICT COURT DULUTH

ALAN L. MITCHELL
ST. LOUIS COUNTY ATTORNEY

BARBARA A. RUSS (#4224)
Assistant County Attorney
100 North 5th Avenue West, #501
Duluth, Minnesota 55802-1298
Telephone: (218) 726-2323
Facsimile: (218) 726-2332
Attorney for Defendant
St. Louis County Auditor

DOROTHY L. THOMPSON
2526 East Second Street
Duluth, Minnesota 55812-1823
Telephone: (218) 724-0494
Pro se defendant

MIKE HATCH
Attorney General
State of Minnesota

CRAIG ANDERSON
Assistant Attorney General
Suite 900 Bremer Tower
445 Minnesota Street
St. Paul, Minnesota 55101-2127
Telephone: (651) 296-3424
Facsimile: (651) 297-8265
Attorney for Defendant
State of Minnesota Department of Revenue

WILSON A. THOMPSON
2526 East Second Street
Duluth, Minnesota 55812-1823
Telephone: (218) 724-0494
Pro se defendant