**ALAN L. MITCHELL**
ST. LOUIS COUNTY ATTORNEY
100 NORTH 5TH AVENUE WEST, #501
DULUTH, MINNESOTA 55802-1298
TELEPHONE (218) 726-2323
FAX NO: (218) 726-2332

REPLY TO:

☐ 300 SOUTH 5TH AVENUE, ROOM #222
VIRGINIA, MINNESOTA 55792-2666
TELEPHONE: (218) 749-7101
FAX: (218)749-0664

☐ 1810 12TH AVENUE EAST #107D
HIBBING, MINNESOTA 55746-1680
TELEPHONE: (218) 262-0158
FAX: (218) 262-0260

☐ 320 WEST 2ND STREET #403
DULUTH, MINNESOTA 55802-1495
TELEPHONE: (218) 726-2034
FAX: (218) 726-2082

TOLL FREE: (800) 450-9777

July 15, 2005

Clerk of Federal Court
515 West First Street
Duluth, MN 55802

RE: United States of America v. Wilson A. Thompson; Dorothy L. Thompson, et al.
Civ. No. 01-2259 (PAM/RLE)

Enclosed for filing is a fully executed Stipulated Dismissal in the above-referenced matter. By copy of this letter, I am mailing same to all parties.

Sincerely,

ST. LOUIS COUNTY ATTORNEY

BY: ______________________
BARBARA A. RUSS
Assistant County Attorney

BAR:daj
Enclosure
cc/enc: LaQuita Taylor-Phillips
Dorothy L. Thompson
Wilson A. Thompson
Craig Anderson