UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

United States of America,

Plaintiff,

vs. ORDER FOR JUDGMENT

Wilson A. Thompson, Dorothy L. Thompson, also known as Dorothy L. Michaelis, St. Louis County Auditor, and the State of Minnesota,

Defendants. Civ. No. 01-2259 (RLE)

* * * * * * * * * * * * * * * * * * *

Based upon the Stipulation of the parties, and in accordance with Rule 41(a)(1), Federal Rules of Civil Procedure, this action is dismissed with prejudice, and each party shall bear his, her, or its, own costs and expenses.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: July 15, 2005

s/Raymond L. Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE