✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

United States of America,

V.

Wilson A. Thompson, Dorothy L. Thompson, also known as Dorothy L. Michaelis, St. Louis County Auditor, and the State of Minnesota,

## JUDGMENT IN A CIVIL CASE

Case Number: 01-CV-2259 (RLE)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

This action is dismissed with prejudice, and each party shall bear his, her, or its, own costs and expenses.

July 15, 2005
Date

RICHARD D. SLETTEN, CLERK

s/Jenny Beck
(By) Jenny Beck, Deputy Clerk